IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Todd Sergent and**
**Kristin Sergent,**
   **Plaintiffs,**

vs.                Civil Action No.: 20-00362

**Credit Solutions, LLC**
   **Defendant.**

## JOINT NOTICE OF SETTLEMENT

All claims in this matter have been resolved between the parties, who are currently preparing a final written settlement agreement. Within thirty (30) days of the filing of this Notice of Settlement, the parties will submit a stipulation of dismissal, with prejudice, consistent with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 19, 2021

Respectfully submitted,

| | |
|---|---|
| BY: /s/ Megan A. Patrick | BY: /s/Alex J. Zurbuch |
| Benjamin M. Sheridan (WVSB #11296) | Jared M. Tully (WVSB #9444) |
| Megan A. Patrick (WVSB #12592) | Alex J. Zurbuch (WVSB #12838) |
| Klein & Sheridan, LC | Frost Brown Todd LLC |
| 3566 Teays Valley Road | United Bank Building, Suite 1100 |
| Hurricane, WV 25526 | 500 Virginia Street East |
| T: (304) 562-7111 | Charleston, WV 25301 |
| F: (304) 562-7115 | jtully@fbtlaw.com |
| E: mpatrick@kswvlaw.com | azurbuch@fbtlaw.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Credit Solutions, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Todd Sergent and**
**Kristin Sergent,**
        **Plaintiffs,**

**vs.**　　　　　　　　　　　　　　　　　　　**Civil Action No.: 20-00362**

**Credit Solutions, LLC**
        **Defendant.**

### CERTIFICATE OF SERVICE

    The undersigned does hereby certify that on this 19th day of August 2021, I electronically filed the foregoing ***Joint Notice of Settlement*** with the Clerk of the Court using the CM/ECF system.

                                  /s/Megan A. Patrick
                                  Megan A. Patrick (WVSB #12592)
                                  Klein & Sheridan, LC
                                  3566 Teays Valley Road
                                  Hurricane, WV 25526
                                  T: (304) 562-7111
                                  F: (304) 562-7115
                                  E: mpatrick@kswvlaw.com
                                  *Counsel for Plaintiffs*