IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

TODD SERGENT and
KRISTIN SERGENT,

          Plaintiffs,

v.                            CIVIL ACTION NO.   3:20-0362

CREDIT SOLUTIONS, LLC,

          Defendant.

### ORDER

The Court has been advised by counsel of the pending settlement of this action. It being unnecessary to conduct further proceedings in this matter, the Court **ORDERS** as follows:

1.    That this action be **STAYED**. The Court will lift the stay for good cause shown upon the motion of a party. Such motion must be made within thirty days of the entry of this Order.

2.    That the parties submit an agreed order of dismissal by **September 20, 2021**. If the parties fail to submit an agreed dismissal order by **September 20, 2021**, **the Court will enter an order dismissing the case without prejudice.** This date may only be extended by order of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                        ENTER:      August 19, 2021

                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE