IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Todd Sergent and**
**Kristin Sergent,**
   **Plaintiffs,**

**vs.**                **Civil Action No.: 20-00362**

**Credit Solutions, LLC**
   **Defendant.**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Todd Sergent and Kristin Sergent, by counsel, submit this Stipulation of Dismissal for the dismissal of all their claims in this action against Credit Solutions, LLC, *with prejudice* and without costs or attorney fees.

## PRAYER

Plaintiffs, Todd Sergent and Kristin Sergent and Defendant, Credit Solutions, LLC, respectfully request that all claims in this action be dismissed *with prejudice* and that this case be closed.

Submitted and agreed to by:

| | |
|---|---|
| /s/Megan A. Patrick | /s/Alex J. Zurbuch |
| Benjamin M. Sheridan (WV Bar #11296) | Jared M. Tully (WVSB #9444) |
| Megan A. Patrick (WV Bar #12592) | Alex J. Zurbuch (WVSB #12838) |
| Klein & Sheridan, LC | Frost Brown Todd LLC |
| 3566 Teays Valley Rd | United Bank Building, Suite 1100 |
| Hurricane, WV 25526 | 500 Virginia Street East |
| Phone: (304) 562-7111 | Charleston, WV 25301 |
| Email: mpatrick@kswvlaw.com | jtully@fbtlaw.com |
| | azurbuch@fbtlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Credit Solutions, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Todd Sergent and**
**Kristin Sergent,**
    **Plaintiffs,**

**vs.**        **Civil Action No.: 20-00362**

**Credit Solutions, LLC**
    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 17th day of September 2021, a true copy of the foregoing "*Stipulation of Dismissal*" was filed with the Clerk of Court via the CM/ECF System and that the parties listed below were served by electronic notification through the CM/ECF System.

    **Jared M. Tully, Esq.**
    **Alex J. Zurbuch, Esq.**
    **FROST BROWN TODD LLC**
    **500 Virginia Street E, Suite 1100**
    **Charleston, WV 25301**
    **Telephone: 304-348-2419**
    **Facsimile: 304-348-0115**
    **Email: azurbuch@fbtlaw.com**
    **Email: jtully@fbtlaw.com**
    *Counsel for Credit Solutions, LLC*

    /s/Megan A. Patrick
    Megan A. Patrick (WVSB #12592)
    Klein & Sheridan, LC
    3566 Teays Valley Road
    Hurricane, WV 25526
    T: (304) 562-7111
    F: (304) 562-7115
    E: mpatrick@kswvlaw.com
    *Counsel for Plaintiffs*