IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

TODD SERGENT and
KRISTIN SERGENT,

          Plaintiffs,

v.                                 CIVIL ACTION NO.   3:20-0362

CREDIT SOLUTIONS, LLC,

          Defendant.

## ORDER

On September 17, 2021, a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rule of Civil Procedure was filed. Rule 41(a)(1)(A) states that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). In this instance the Stipulation was signed by all parties, but also included a proposed order for entry by the Court. Although unnecessary, the Court enters this Order and **DISMISSES** this action with prejudice. The parties will bear their respective costs including attorney fees.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                    ENTER:       September 20, 2021

                    ROBERT C. CHAMBERS
                    UNITED STATES DISTRICT JUDGE